UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

    - v. -                       :     **LIMITED UNSEALING ORDER**

FATADE IDOWU OLAMILEKAN,          :
   a/k/a "Fatade Olamilekan Idowu,"  :     20 Cr.
   a/k/a "Olamilekan Idowu Fatade,"  :
   a/k/a "Idowu Fatade,"             :

          Defendant.           :

- - - - - - - - - - - - - - - - - - - X

20 CRIM 503

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, AUDREY STRAUSS, by Assistant United States Attorney Sagar K. Ravi;

WHEREAS the Indictment and arrest warrant for defendant FATADE IDOWU OLAMILEKAN, a/k/a "Fatade Olamilekan Idowu," a/k/a "Olamilekan Idowu Fatade," a/k/a "Idowu Fatade" (the "Arrest Warrant") in the above-captioned case are currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the Indictment and Arrest Warrant unsealed for the limited purposes of allowing the United States Attorney's Office to transmit the Indictment and Arrest Warrant to representatives from the U.S. Department of State, other U.S. federal agencies, and foreign authorities, including but not limited to law enforcement, intelligence, and diplomatic authorities, for purposes of effectuating provisional arrest warrants, requests made under

Mutual Legal Assistance Treaties, extradition requests and coordinating federal government and law enforcement and other U.S. and foreign government activity prior to the unsealing of the Indictment; it is hereby

ORDERED that the Indictment and Arrest Warrant in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the Indictment, Arrest Warrant, and this Order shall remain under seal until further Order from the Court.

Dated:  New York, New York
        September 22, 2020

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK