```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
       -against-                             :      20-CR-503 (VEC)
:
:      <u>ORDER</u>
FATADE IDOWU OLAMILEKAN,                                          :
:
                       Defendant.      :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 15, 2022, the parties appeared for an arraignment before Magistrate Judge Netburn; and

      WHEREAS the parties requested that the Court schedule a status conference in this matter.

      IT IS HEREBY ORDERED that a status conference will be held on **Wednesday, July 20, 2022 at 11:00 A.M.**  The status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  July 18, 2022
         New York, NY

                                                       _____
                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**