```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
       -against-                                              :      20-CR-503 (VEC)
                                                                :
                                                                :      ORDER
FATADE IDOWU OLAMILEKAN,                                        :
                                                                :
                              Defendant.                   :
                                                                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a status conference in this matter is currently scheduled for Wednesday, July 20, 2022 at 11:00 A.M.

      IT IS HEREBY ORDERED that the status conference is rescheduled for **Thursdsay, July 28, 2022 at 11:30 A.M.**  The status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: July 18, 2022**
**New York, NY**

                                                             **VALERIE CAPRONI**
                                                              **United States District Judge**