```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
                                                   :
        -against-                                  :        20-CR-503 (VEC)
                                                   :
                                                   :        ORDER
FATADE IDOWU OLAMILEKAN,                           :
                                                   :
                        Defendant.                 :
                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 28, 2022, the parties appeared for a status conference before the Court.

IT IS HEREBY ORDERED that a status conference will be held on **Wednesday, October 6, 2022 at 3:00 P.M.**[1] The status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that time is excluded until **Wednesday, October 6, 2022**, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

**SO ORDERED.**

**Date:  July 28, 2022**
      **New York, NY**

                                                         _____
                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**

---

[1] Please note that this is a change from what was announced during the status conference.