USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                           :
:
             -against-                                 :      20-CR-503 (VEC)
:
:      <u>ORDER</u>
FATADE IDOWU OLAMILEKAN,                                            :
:
                                Defendant.   :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the status conference previously scheduled for October 6, 2022, at 3:00 P.M. is rescheduled for **Friday, October 7, 2022, at 2:30 P.M.** The status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: September 30, 2022**
**New York, NY**

                                              **VALERIE CAPRONI**
                                         **United States District Judge**