USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
        -against-                      :    20-CR-503 (VEC)
:
:    <u>ORDER</u>
FATADE IDOWU OLAMILEKAN,                     :
:
                Defendant.             :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 26, 2022, the parties appeared before the Undersigned for a change of plea hearing; and

    WHEREAS Mr. Olamilekan entered a plea of guilty to Count 1 of the Indictment, which was accepted by the Court.

    IT IS HEREBY ORDERED that Mr. Olamilekan will be sentenced on **Wednesday, February 22, 2023, at 2:30 P.M.** Pre-sentencing submissions are due no later than **February 8, 2023**. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: October 26, 2022**
**New York, NY**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**