**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

February 8, 2023



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2023

Hon. Valerie E. Caproni
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY   10007

**MEMO ENDORSED**

Re: <u>United States v. Fatade Idowu Olamilekan</u>
    20-Cr-503 (VEC)

Dear Judge Caproni:

    I represent defendant Fatade Idowu Olamilekan in the above-captioned matter. Sentencing is currently scheduled for February 22, 2023, and the defense sentencing submission is due today, February 8, 2023.

    As an exhibit to the defense sentencing submission, I intend to attach a copy of Mr. Olamilekan's prison medical records. I am requesting permission to file those records under seal, since they contain personal medical information that should not be publicly accessible. I have conferred with AUSA Sagar Ravi, who does not object to this request.

Sincerely,

/s/ Michael Arthus

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Sagar Ravi

---

Application GRANTED.

SO ORDERED.

*Valerie Caproni*    02/08/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE